**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| CARLOS GARCIA | ) Case No.: 05-04239-PL-EWH |
| SANTA GRACIA RAMIREZ | ) **Application for Payment of Unclaimed**<br>) **Funds to the U.S. Bankruptcy Court** |
| Debtors | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| **Check No.** | **Date Issued** | **Debtor/Creditor Name and Address** | **Amount** |
|---|---|---|---|
| 212933 | 08/31/2010 | Carlos Garcia<br>Santa Gracia Ramirez<br>PO BOX 291<br>Florence, AZ 85232 | $800.00 |
| | | **Total** | **$800.00** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $800.00 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 03/30/2011

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee